# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

AARON DAIGLE (#554337)

VERSUS

UNKNOWN GARTRO, ET AL.

CIVIL ACTION

23-353-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Scott D. Johnson dated September 30, 2024, to which no *Objection* was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Aaron Daigle's federal claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim. The Court declines to exercise supplemental jurisdiction over potential state law claims, and that this case shall be CLOSED.

Signed in Baton Rouge, Louisiana, on this __4th__ day of November, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.